| | |
|---|---|
| 1 | Greta A. Matzen, admitted *pro hac vice* |
| 2 | GMatzen@IntactIinsurance.com<br>Intact U.S. Coverage Litigation Group |
| 3 | 188 Inverness Drive West, Suite 600<br>Englewood, Colorado 80112 |
| 4 | 781-332-7101 |
| 5 | And |
| 6 | Asim K. Desai  (SBN 175402) |
| 7 | adesai@grsm.com<br>Margaret M. Drugan  (SBN 175324) |
| 8 | mdrugan@grsm.com<br>Gordon Rees Scully Mansukhani, LLP |
| 9 | 633 West Fifth Street, 52nd Floor |
| 10 | Los Angeles, CA 90071<br>(213) 576-5000/FAX (213) 680-4470 |
| 11 | |
| 12 | Attorneys for Plaintiff,<br>ATLANTIC SPECIALTY INSURANCE COMPANY |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| ATLANTIC SPECIALTY INSURANCE COMPANY,<br><br>               Plaintiff,<br><br>        v.<br><br>DICK CLARK PRODUCTIONS, INC.,<br><br>               Defendant. | Case No. 2:20-cv-09157-FMO (MRWx)<br><br>**NOTICE OF SETTLEMENT** |

Pursuant to United States District Court for the Central District of California Local Rule 40-2, Plaintiff Atlantic Specialty Insurance Company hereby files this Notice of Settlement following an agreement in principal reached in mediation with Defendant Dick Clark Productions, Inc.  Pursuant to Federal Rule of Civil Procedure 41(a), the parties will file a dismissal with the court once the settlement is finalized

1

| | | |
|---|---|---|
| Dated: January 28, 2021 | | INTACT U.S. COVERAGE LITIGATION GROUP |

By: /s/ Greta A. Matzen
    Greta A. Matzen
Attorneys for Plaintiff
ATLANTIC SPECIALTY INSURANCE COMPANY

Dated: January 28, 2021    GORDON REES SCULLY MANSUKHANI, LLP

By: /s/ Margaret M. Drugan
    MARGARET M. DRUGAN
    ASIM K. DESAI
Attorneys for Plaintiff
ATLANTIC SPECIALTY INSURANCE COMPANY

# PROOF OF SERVICE

I am employed in the County of Hennepin, State of Minnesota. I am over the age of 18 and not a party to the within action; my business address is 605 Highway 169 N., Suite 800, Plymouth, MN 55441.

On January 28, 2021, I served the foregoing document described as NOTICE OF SETTLEMENT on the parties in this action by serving:

> BLANK ROME LLP
> Mary Craig Calkins
> mcalkins@blankrome.com
> Daniel H. Rylaarsdam
> drylaarsdam@blankrome.com
> 2029 Century Park East | 6th Floor
> Los Angeles, CA 90067

· **By Envelope -** by placing · the original · a true copy thereof enclosed in sealed envelopes addressed as below and delivering such envelopes:

· **By Mail: As follows:** I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

· **By Overnight Service:** I caused the envelope(s) to be delivered to the overnight drop location at _____ on _____, for delivery on the next-business-day basis to the offices of the addressee(s).

☒ **By E-Mail Electronic Transmission:** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the person(s) at the e-mail address(es) so indicated on January 28, 2021. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was incomplete or unsuccessful.

Executed on January 28, 2021 at Plymouth, Minnesota.

☒ **FEDERAL** I declare under penalty of perjury under the laws of the State of Minnesota that the above is true and correct.

*/s/ Rebecca S. Matthews*
Rebecca S. Matthews